EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Abel Robles Cirino | 2006 TSPR 119 <br><br> 168 DPR _____ |

Número del Caso: AB-2005-97
                 AB-2005-229
                 AB-2005-244


Fecha: 12 de julio de 2006


Abogado de la Parte Querellada:

                    Por Derecho Propio




Materia: Conducta Profesional
         (La suspensión será efectiva el 6 de julio de 2006 fecha
         en que se le notificó al abogado de su suspensión
         inmediata.)

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del proceso
de compilación y publicación oficial de las decisiones del
Tribunal. Su distribución electrónica se hace como un servicio
público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*                                    AB-2005-97
                                           AB-2005-229

Abel Robles Cirino                         AB-2005-244

RESOLUCIÓN
(*Nunc Pro Tunc*)

San Juan, Puerto Rico, a 12 de julio de 2006

Se enmienda *Nunc Pro Tunc* la Opinión Per Curiam emitida en este caso a los fines de corregir la fecha en que fue emitida: 30 de junio de 2006.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo